**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7451**

DEWIGHT BYRD, a/k/a Charles W. Reed, III,

    Plaintiff – Appellant,

        v.

MICHAEL STOUFFER, Commissioner of Correction; GARY MAYNARD,
Secretary of DPSCS; JOHN ROWLEY, Warden; D. NORTHCRAFT,
Chief of Security; WERNER, Lieutenant, In their Individual
and Official Capacity,

        Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Catherine C. Blake, District Judge.
(1:08-cv-02368-CCB)

Submitted:  April 12, 2011            Decided:  April 29, 2011

Before SHEDD, DUNCAN, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dewight Byrd, Appellant Pro Se. Glenn William Bell, OFFICE OF
THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dewight Byrd appeals the district court's order granting summary judgment in favor of the Appellees on Byrd's 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Byrd v. Stouffer, No. 1:08-cv-02368-CCB (D. Md. Sept. 30, 2010). We also deny Byrd's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED